David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In Re: ) <br> ) <br> FLY-IN-FISH INN, INC., ) <br> ) <br> ) <br> Debtor. ) <br> _____) | Case No. J-15-00246 <br> Chapter 11 |

**DECLARATION OF DAVID H. BUNDY IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY ATTORNEY AND STATEMENT PURSUANT TO 11 U.S.C. § 329**

I, David H. Bundy, declare as follows:

1. I am the owner of the law firm David H. Bundy, P.C. I have been a member of the Alaska Bar since 1972. I am admitted to practice before the United States District Court for the District of Alaska, the Court of Appeals for the Ninth Circuit, and the Courts of the State of Alaska. I am nationally certified in Business Bankruptcy by the American Board of Certification. I engage in bankruptcy, commercial litigation and general litigation. I am currently active in a number of bankruptcy matters, representing debtors and creditors.

2. I do not have any ownership or other interest in the Debtor's business. Subject to approval of this Court, I will bill for my services in this case at my regular hourly rate for cases of this type, which is $325 per hour. Subject to approval of this Court, I will bill for reimbursement of costs and disbursements, including long distance

Page 1:         DECLARATION OF PROPOSED ATTORNEY

telephone calls, fax transmissions, photocopies, computerized legal services, travel and out-of-town living expenses, service fees and deposition charges, and all similar charges. Costs will be billed at my actual out of pocket payments; charges for copying and facsimile transmissions which are not paid to third parties will be billed at the rate approved by this Court from time to time in other cases, within the guidelines set forth by this Court in local rules and decisions.

     3.     The scope of my representation of the Debtor is to represent the Debtor in all aspects of its Chapter 11 case.

     4.     I have reviewed the list of creditors provided by the Debtor. I do not have any connection in the sense of any professional relationship with the Debtor, its creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

     5.     The Debtor first contacted me to discuss a possible bankruptcy filing on August 14, 2015, due to a foreclosure scheduled for August 18, 2015. On August 14 I received a retainer of $20,000 which the Debtor deposited in my trust account. On August 17, 2015 I transferred $8,000 from the trust account to pay for pre-petition services and the chapter 11 filing fees in this and the Kenneth Bellows chapter 11 case.

     6.     The balance of $12,000 remains in my trust account. These funds will not be transferred, and no further payment will be made by the Debtor for post-petition services, without Court approval after notice to all creditors.

Declaration of Proposed Attorney – Page 2

As required by Bankruptcy Rule 2016(b), I have not shared or agreed to share any compensation received in this case with any other person or entity.

I declare under penalties of perjury the foregoing is true and correct.

DATED this 18th day of August, 2015.

                DAVID H. BUNDY, P.C.
                Attorney for Debtor


                By:   /s/ David H. Bundy
                     David H. Bundy


**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on
the 18th day of August, 2015,
the foregoing document was served
by ECF on

- U. S. Trustee

By   /s/ David H. Bundy
      David H. Bundy

Declaration of Proposed Attorney – Page 3